ERRATA

<u>Former Employee of Drive Sol Global Steering, Inc. v. United States</u>, Court No. 15-00172, Slip Op. 16-98, dated October 13, 2016:

    Page 16, line 4: change "Plaintiff argues that the program is being operated in contravention of a federal" to "Plaintiff argues that his claim that the program is being operated in contravention of a federal"

    Page 19, line 18: change "CT Labor are operating the TRA program in contravention of state law is barred from" to "CT Labor are operating the TRA program in contravention of federal law is barred from"